# In the United States Bankruptcy Court
# For the Eastern District of Pennsylvania

| | |
|---|---|
| In re: | : Chapter 13 |
| | : |
| ROSEANN E. SNYDER | : |
| a/k/a ROSEANN RUGGERIO, | : |
| | : |
| Debtor. | : Bankruptcy No. 06-14762Sr |

# ORDER

**AND NOW,** upon consideration of the Application for Compensation and Reimbursement of Expenses and the Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan, it is hereby **ORDERED** that:

(1) The Application and Supplemental Application are granted in part and denied in part;

(2) Counsel is allowed total compensation in the amount of $3,000 for his pre- and post-confirmation representation of the debtor, Roseann E. Snyder a/k/a Roseann Ruggerio ("Debtor"); and

(3) Counsel is allowed reimbursement of expenses in the amount of $210.50.

(4) In all other respects the Applications are Denied.

By the Court:

*Stephen Raslavich*

Stephen Raslavich
Chief U.S. Bankruptcy Judge

Dated: September 14, 2010

Counsel for the Debtor
Michael J. Bresnahan, Esquire
310 North High Street
West Chester, PA 19380

Debtor
Roseann Elaine Synder
3 Justin Lane
Coatesville, PA 19320

Chapter 13 Trustee
Frederick L. Reigle
Chapter 13 Trustee
2901 St. Lawrence Ave.
P.O. Box 4010
Reading, PA 19606

Office of the United States Trustee
George Conway, Esquire
Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia PA 19106

Courtroom Deputy to Judge Raslavich
Nancy Mulvehill